Núm. 1081.—Pérez Sales, peticionario, v. Corte, dmda.— Agosto 1, 1936.

Núm. 6866.—Olivencia, aplte. v. Pérez Sales, apldo.—C. D. Mayagüez. Agosto 1, 1936.

En los dos casos precedentes, se dictó la siguiente resolución:

A la anterior moción del interventor, no estando convencido este tribunal de que la sentencia de julio 31, 1936, de que se trata, tenga el carácter de definitiva dentro del significado de la ley que autoriza las apelaciones de las sentencias de esta corte para ante la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito, no ha lugar.

Los Jueces Asociados Sres. Córdova Dávila y Travieso no intervinieron.

Núm. 5865.—Schlüter, aplte. v. Aboy Vidal & Co., Inc., etc., apldos.—C. D. San Juan. Octubre 2, 1936.

No habiendo la parte apelante cumplido con los requisitos fijados en la orden de junio 9 de 1936 admitiendo la apelación interpuesta contra la sentencia de este tribunal de marzo 31, 1936, y vista la resolución dictada con fecha 27 de julio de 1922 en el caso de *Pabón* v. *Alvarado*, núm. 2099 (31 D.P.R. 943), así como la dictada en diciembre 14 de 1926 en el caso núm. 3376, *María del Rosario et al.* v. *Higinio Allende Cruz et al.* (36 D.P.R. 955), se declara con lugar la moción de los apelados y en su consecuencia se ordena el archivo de este caso por abandono de la acción por parte del apelante.

Núm. 7427.—Figueroa, et als., apldos. v. Corte, et als., apltes. Noviembre 6, 1936.

Siendo académica en la actualidad la cuestión envuelta en el recurso arriba titulado, en el cual se estableció apelación contra resolución dictada por el Juez de Turno en octubre 31 próximo pasado, se decreta el sobreseimiento y archivo de este caso.

Los señores Jueces Presidente del Toro y Asociados Hutchison y Travieso, no intervinieron.